Decided September 12, 2002

FREDERICK A. MATZUL ET AL. *v.* TOWN OF
MONTVILLE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 70 Conn. App. 442 (AC 21342), is denied.

*Lloyd L. Langhammer*, in support of the petition.

Decided September 12, 2002